**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lyle Gerald JOHNS, Defendant–Appellant.**

**No. 15–10562**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Submitted September 27, 2016 *

Filed October 3, 2016

Robert Lally Miskell, Assistant U.S. Attorney, Tucson, AZ.

Saul M. Huerta, The Huerta Law Office, Tucson, AZ.

Before: TASHIMA, SILVERMAN, and M. SMITH, Circuit Judges.

MEMORANDUM **

Lyle Gerald Johns appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Johns contends that his sentence violates *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and that, prior to ruling on his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines, the district court should have corrected this error by recalculating the drug quantities attributable to him. We review de novo whether a district court had authority to modify a sentence under section 3582(c)(2). *See United States v. Leniear*, 574 F.3d 668, 672 (9th Cir. 2009). As the district court properly determined, Johns's *Apprendi* claim cannot be raised in a 3582(c)(2) proceeding. *See Dillon v. United States*, 560 U.S. 817, 831, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010) (alleged sentencing errors are "outside the scope of the proceeding authorized by § 3582(c)(2)"). Moreover, Johns is ineligible for a sentence reduction because Amendment 782 did not lower his applicable sentencing range. *See* 18 U.S.C. § 3582(c)(2); *Leniear*, 574 F.3d at 673–74.

Johns's motion for release pending appeal is denied as moot.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

